# NO. 12-12-00262-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *EDDIE DARNELL BASSETT,*<br>*APPELLANT* | § | *APPEAL FROM THE THIRD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Eddie Darnell Bassett, appeals his conviction for possession of a controlled substance (penalty group 3) in an amount more than twenty-eight grams but less than two hundred grams, for which he was sentenced to imprisonment for twelve years. The parties have filed an agreed motion to reverse and remand.

In the motion, the State concedes that there was reversible error in the trial court as asserted by Appellant in his brief filed in this court on July 1, 2013. Therefore, the parties have agreed that the trial court's judgment should be reversed and the case remanded for further proceedings. The motion is signed by Appellant, his attorney, and the attorney for the State.

Having examined and fully considered the documents on file and the parties' joint motion, the court is of the opinion that the motion should be granted. Therefore, the joint motion is *granted*, the judgment of the trial court is *reversed*, and the case is *remanded* for further proceedings in accordance with the parties' agreement.

Opinion delivered August 7, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 7, 2013**

**NO. 12-12-00262-CR**

**EDDIE DARNELL BASSETT,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 3rd Judicial District Court
of Anderson County, Texas. (Tr.Ct.No. 30614)

---

THIS CAUSE came to be heard on the agreed motion of the parties to reverse and remand filed herein, and the same being considered, because it is the opinion of this court that the motion be granted. It is ORDERED, ADJUDGED and DECREED by this court that the motion be granted and the judgment be **reversed** and the cause **remanded** to the trial court **for further proceedings** in accordance with the parties' agreement; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*